Demetrius RILEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77039.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 13, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY R. RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr. J.

*ORDER*

PER CURIAM.

Demetrius Riley ("Movant") appeals from the judgment denying his Rule 29.15 motion to vacate his conviction or to grant an evidentiary hearing. We reviewed the briefs of the parties and the record on appeal and conclude that the motion court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. Pursuant to Rule 84.16(b), we affirm for the reasons stated by the trial court.